**Order entered January 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01145-CR

**JAQUALYN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F18-75814**

## ORDER

Before the Court is court reporter Yolanda Atkins's request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due February 6, 2023.

/s/ DENNISE GARCIA
JUSTICE